UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | S1 19 Cr. 373 (PGG) |
| MICHAEL AVENATTI | : | |
| Defendant. | : | |

_____

**DEFENDANT MICHAEL AVENATTI'S NOTICE OF MOTION
TO DISMISS COUNT THREE OF THE SUPERSEDING
INDICTMENT FOR FAILURE TO STATE AN OFFENSE,
<u>AND BECAUSE 18 U.S.C. 1346 IS VAGUE-AS-APPLIED</u>**

PLEASE TAKE NOTICE, that upon the accompanying Memorandum of Law, defendant Michael Avenatti, pursuant to Fed.R.Crim.P. 12 and the Fifth Amendment to the Constitution, will move this Court, before the Honorable Paul G. Gardephe at the United States Courthouse, 500 Pearl Street, Courtroom 705, New York, New York 10007, for an Order dismissing Count Three of the Superseding Indictment, which charges him with honest services wire fraud, in violation of 18 U.S.C. §§1343 and 1346.

Dated: November 15, 2019

Respectfully submitted,

By:   /s/Scott A. Srebnick
      Scott A. Srebnick, P.A.
      201 South Biscayne Boulevard, #1210
      Miami, FL 33131
      Telephone: (305) 285-9019
      Facsimile:  (305) 377-9937
      E-Mail:  Scott@srebnicklaw.com

By:    <u>/s/Jose M. Quinon</u>
Jose M. Quinon, P.A.
2333 Brickell Avenue, Suite A-1
Miami, FL 33129
Telephone:  (305) 858-5700
Facsimile:  (305) 358-7848
E-Mail:  jquinon@quinonlaw.com

*Attorneys for Defendant Michael Avenatti*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 15, 2019, I caused a true and correct copy of the foregoing to be served by electronic means, via the Court's CM/ECF system, on all counsel registered to receive electronic notices.

<u>/s/Scott A. Srebnick</u>
Scott A. Srebnick